JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. POYET, et al., | Case No. CV 11-1269 FMO (RNBx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CONSUMER AFFAIRS LEGAL CENTER, INC., et al., | |
| Defendant. | |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment and Motion for Attorney's Fees, IT IS ADJUDGED that:

1. Default Judgment shall be entered in favor of plaintiffs David K. Poyet and Keith Foreman (collectively, "plaintiffs"), and against defendant Consumer Affairs Legal Center, Inc., doing business as Consumer Affairs Processing Center ("defendant"). Defendant shall pay plaintiff Keith Foreman in the amount of thirty-three thousand, four-hundred and eighty dollars (**$33,480.00**), and plaintiff David K. Poyet in the amount of one-hundred and forty-four thousand, fourteen dollars and forty-eight cents (**$144,014.48**).

2. Plaintiffs' counsel is awarded attorney's fees in the amount of one-hundred and three thousand, seven-hundred and seventy-seven dollars and fifteen cents (**$103,777.15**) and

costs in the amount of seven-thousand and fifty-two dollars and seventy-two cents (**$7,052.72**) from defendant, and all attorney's fees and costs accrued from plaintiffs' efforts to collect on this Judgment.

      3.    Plaintiffs' counsel shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 15th day of August, 2013.

                                  /s/
                        Fernando M. Olguin
                    United States District Judge